# EXHIBIT 4

**Registration Number**

# VAu 1-542-204

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 02, 2025

## Copyright Registration for a Group of Unpublished Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(j)

### Title

| | |
|---|---|
| **Title of Group:** | INTAKE BREATHING SYSTEM |
| **Number of Photographs in Group:** | 146 |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |

### Author

| | |
|---|---|
| • **Author:** | INTAKE BREATHING TECNOLOGY LLC |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | INTAKE BREATHING TECNOLOGY LLC |
| | 614 Santa Barbara St Suite A, SANTA BARBARA, CA, 93101, United States |

### Certification

| | |
|---|---|
| **Name:** | ALEX HAUCK |
| **Date**: | December 16, 2024 |

---

| | |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |

Regarding group registration: A group of unpublished photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) are unpublished AND (b) were created by the same author AND (c) are owned by the same copyright claimant AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title and file name for each photograph included in the group must be uploaded along with other required application materials.  The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.