# EXHIBIT 5

**Generated on:** This page was generated by TSDR on 2026-06-16 18:07:03 EDT

**Mark:** INTAKE

# INTAKE

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87884651 | **Application Filing Date:** | Apr. 19, 2018 |
| **US Registration Number:** | 5752925 | **Registration Date:** | May 14, 2019 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** A Sections 8 and 15 combined declaration has been accepted and acknowledged.

**Status Date:** Nov. 27, 2024

**Publication Date:** Sep. 18, 2018 **Notice of Allowance Date:** Nov. 13, 2018

---

# Mark Information

**Mark Literal Elements:** INTAKE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Related Properties Information

**International Registration Number:** 1910226

**International Application(s) /Registration(s) Based on this Property:** A0167916/1910226

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Nasal dilation device

| | | | |
|---|---|---|---|
| **International Class(es):** | 010 - Primary Class | **U.S Class(es):** | 026, 039, 044 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Dec. 03, 2018 | **Use in Commerce:** | Dec. 03, 2018 |

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |

| | | | |
|---|---|---|---|
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** Intake Breathing Technology, LLC

**Owner Address:** 614 Santa Barbara Street, Suite A
Santa Barbara, CALIFORNIA UNITED STATES 93101

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** CALIFORNIA

## Attorney/Correspondence Information

| Attorney of Record | |
|---|---|
| **Attorney Name:** Allison H. Bickford | **Docket Number:** 187097.00023 |
| **Attorney Primary Email Address:** tm-dept@quarles.com | **Attorney Email Authorized:** Yes |

| Correspondent | |
|---|---|
| **Correspondent Name/Address:** Allison H. Bickford<br>Quarles & Brady LLP<br>411 East Wisconsin Avenue Suite 2400<br>Milwaukee, WISCONSIN United States 53202-4428 | |
| **Correspondent e-mail:** tm-dept@quarles.com Grace.Stewart@quarles.com Giovanna.Mazzini@quarles.com | **Correspondent e-mail Authorized:** Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 17, 2025 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Oct. 17, 2025 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Oct. 17, 2025 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Oct. 17, 2025 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Oct. 17, 2025 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Dec. 17, 2024 | NOTICE OF UPDATED REGISTRATION CONFIRMATION EMAILED | |
| Nov. 27, 2024 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Nov. 27, 2024 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Nov. 27, 2024 | NEW CERTIFICATE UNDER SECTION 7 - PROCESSED | |
| Nov. 26, 2024 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Jun. 28, 2024 | TEAS SECTION 7 REQUEST RECEIVED | |
| Jun. 14, 2024 | TEAS SECTION 8 & 15 RECEIVED | |
| May 14, 2024 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Oct. 20, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Oct. 20, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Oct. 20, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| May 19, 2021 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| May 14, 2019 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 12, 2019 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Apr. 11, 2019 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Mar. 26, 2019 | STATEMENT OF USE PROCESSING COMPLETE | |
| Mar. 08, 2019 | USE AMENDMENT FILED | |
| Mar. 26, 2019 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Mar. 08, 2019 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Mar. 08, 2019 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |

| Mar. 08, 2019 | TEAS STATEMENT OF USE RECEIVED |
| Nov. 13, 2018 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT |
| Sep. 18, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| Sep. 18, 2018 | PUBLISHED FOR OPPOSITION |
| Aug. 29, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Aug. 09, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Aug. 08, 2018 | ASSIGNED TO EXAMINER |
| Apr. 30, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Apr. 23, 2018 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

| | |
|---|---|
| **TM Staff Information - None** | |
| **File Location** | |
| **Current Location:** Historical data usage | **Date in Location:** Nov. 27, 2024 |

# Assignment Abstract Of Title Information

| **Summary** | |
|---|---|
| **Total Assignments:** 1 | **Registrant:** AC Systems, LLC |

### Assignment 1 of 1

| | | |
|---|---|---|
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | |
| **Reel/Frame:** 7287/0142 | **Pages:** 2 | |
| **Date Recorded:** May 10, 2021 | | |
| **Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/7287/0142 | | |

| **Assignor** | |
|---|---|
| **Name:** AC SYSTEMS, LLC | **Execution Date:** Nov. 21, 2019 |
| **Legal Entity Type:** LIMITED LIABILITY COMPANY | **State or Country Where Organized:** CALIFORNIA |

| **Assignee** | |
|---|---|
| **Name:** INTAKE BREATHING TECHNOLOGY, LLC | |
| **Legal Entity Type:** LIMITED LIABILITY COMPANY | **State or Country Where Organized:** CALIFORNIA |
| **Address:** 614 SANTA BARBARA ST., SUITE A SANTA BARBARA , CALIFORNIA 93101 | |

| **Correspondent** | |
|---|---|
| **Correspondent Name:** KURT KOENIG | |
| **Correspondent Address:** 920 GARDEN ST. SANTA BARBARA, CA 93101 | |

| **Domestic Representative - Not Found** |
|---|