# EXHIBIT 6

**Generated on:** This page was generated by TSDR on 2026-06-17 09:01:57 EDT

**Mark:**



| | | | |
|---|---|---|---|
| **US Serial Number:** | 88322833 | **Application Filing Date:** | Mar. 01, 2019 |
| **US Registration Number:** | 5851133 | **Registration Date:** | Sep. 03, 2019 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** A Sections 8 and 15 combined declaration has been accepted and acknowledged.

**Status Date:** Mar. 21, 2025

**Publication Date:** Jun. 18, 2019

# Mark Information

**Mark Literal Elements:** None

**Standard Character Claim:** No

**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of a black hexagonal logo connected on one side to a white hexagonal logo that is outlined in black.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Design Search Code(s):**
26.15.13 - More than one polygon
26.15.16 - Polygons touching or intersecting
26.15.21 - Polygons that are completely or partially shaded

# Related Properties Information

**International Registration Number:** 1918741

**International Application(s) /Registration(s) Based on this Property:** A0167919/1918741

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Medical devices for use in treating respiratory conditions, namely, nasal congestion and nasal drip, sleep apnea, snoring, congestion, and generally improving air-flow; Nasal aspirators; Nasal dilators; Therapeutic breathing enhancement devices, topical nasal adhesive strips, Nasal passage dilation devices, nose clips, nasal dilators, and nose strips for the prevention of snoring; External nasal dilators; Internal nasal dilators

| | | | |
|---|---|---|---|
| **International Class(es):** | 010 - Primary Class | **U.S Class(es):** | 026, 039, 044 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Dec. 03, 2018 | **Use in Commerce:** | Dec. 03, 2018 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | Intake Breathing Technology, LLC | | |
| **Owner Address:** | 614 Santa Barbara Street, Suite A<br>Santa Barbara, CALIFORNIA UNITED STATES 93101 | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | CALIFORNIA |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Allison H. Bickford | **Docket Number:** | 187097.00022 |
| **Attorney Primary Email Address:** | tm-dept@quarles.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Allison H. Bickford<br>Quarles & Brady LLP<br>411 East Wisconsin Avenue Suite 2400<br>Milwaukee, WISCONSIN United States 53202-4428 | | |
| **Correspondent e-mail:** | tm-dept@quarles.com<br>Grace.Stewart@quarles.com Giovanna.Mazzini@quarles.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 17, 2025 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Oct. 17, 2025 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Oct. 17, 2025 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Oct. 17, 2025 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Oct. 17, 2025 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Mar. 21, 2025 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Mar. 21, 2025 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Mar. 21, 2025 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Nov. 27, 2024 | TEAS SECTION 8 & 15 RECEIVED | |
| Nov. 21, 2024 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 21, 2024 | TEAS WITHDRAWAL AS DOMESTIC REPRESENTATIVE RECEIVED | |
| Nov. 21, 2024 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |

| | |
|---|---|
| Nov. 21, 2024 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Nov. 21, 2024 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED |
| Nov. 21, 2024 | TEAS CHANGE OF OWNER ADDRESS RECEIVED |
| Sep. 03, 2024 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED |
| Oct. 20, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Oct. 20, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Oct. 20, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Sep. 03, 2019 | REGISTERED-PRINCIPAL REGISTER |
| Jun. 18, 2019 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| Jun. 18, 2019 | PUBLISHED FOR OPPOSITION |
| May 29, 2019 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| May 14, 2019 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| May 09, 2019 | ASSIGNED TO EXAMINER |
| Mar. 22, 2019 | NOTICE OF DESIGN SEARCH CODE E-MAILED |
| Mar. 21, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Mar. 05, 2019 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Historical data usage          **Date in Location:** Mar. 21, 2025