# EXHIBIT 8

| US Patent No. 10,675,174 B2 | Infringing Product |
|---|---|
| 1.  A breathing system adapted to open a nasal passage of a user's nose, the breathing system comprising: | <br><br>*See* https://app.zendrop.com/product/1963552; https://app.zendrop.com/product/2024111. |

1

QB\103081313.1

| US Patent No. 10,675,174 B2 | Infringing Product |
|---|---|
| a bridge member having a pair of distal portions, a middle portion positioned between the pair of distal portions, and an inner surface that defines a concave configuration, |  |

2

QB\103081313.1

| US Patent No. 10,675,174 B2 | Infringing Product |
|---|---|
| the bridge member being configured to be positionable adjacent the user's nose, with the inner surface facing the user's nose and each distal portion residing adjacent a respective lateral region of the user's nose; and | Each distal portion residing adjacent a respective lateral region of the user's nose<br><br><br><br>Inner surface facing the user's nose |
| at least one nasal applique adapted to be attachable to a respective lateral region of the user's nose, | <br><br>At least one nasal applique adapted to be attachable to a respective lateral region of the user's nose |

3

| US Patent No. 10,675,174 B2 | Infringing Product |
|---|---|
| |  |

QB\103081313.1

| US Patent No. 10,675,174 B2 | Infringing Product |
|---|---|
| each nasal applique being magnetically attractable to a respective one of the pair of distal portions, | |

5

| US Patent No. 10,675,174 B2 | Infringing Product |
|---|---|
| the attraction between the at least one nasal applique and the bridge member imparting a dilating force on the user's nose to dilate the nasal passage; | Attraction between the at least one nasal applique and the bridge member<br><br>Imparting a dilating force on the user's nose to dilate the nasal passage<br><br>*Compare to no interaction with bridge member:* |
| the bridge member being of sufficient rigidity so as to retain the concave configuration of the inner surface when the bridge member is detached from the at least one nasal applique. | detached from the at least one applique<br><br>sufficient rigidity so as to retain the concave configuration of the inner surface |

6