# EXHIBIT 9

| US Patent No. 10,556,095 B2 | Infringing Product |
|---|---|
| 1. A disposable apparatus attachable to a nose of a wearer and useable with an external magnetic element positioned adjacent to the nose of the wearer, the disposable apparatus comprising: | Infringing disposable apparatus product  Usable with external magnet  *See* https://app.zendrop.com/product/1963552 (annotations added). |

1

| US Patent No. 10,556,095 B2 | Infringing Product |
|---|---|
| a flexible base layer including a first surface and an opposing second surface, |  |

2

| US Patent No. 10,556,095 B2 | Infringing Product |
|---|---|
| |  |

3

| US Patent No. 10,556,095 B2 | Infringing Product |
|---|---|
| an adhesive disposed on the first surface of the flexible base layer and capable of producing an adhesive force between the flexible base layer and the wearer for attaching the flexible base layer to the nose of the wearer, the adhesive being capable of increasing the adhesive force after the flexible base layer has been attached to the nose of the wearer; and | Adhesive on first surface of base layer<br><br>Adhesive on first surface of base layer increasing adhesive force |

4

QB\103081312.1

| US Patent No. 10,556,095 B2 | Infringing Product |
|---|---|
| a metallic element coupled to the second surface of the base layer and being magnetically interactable with the magnetic element when the magnetic element is positioned adjacent the nose of the wearer and the flexible base layer is attached to the nose of the wearer, the metallic element including a metallic disc having an arcuate surface extending away from the second surface of the base layer, | Second surface of base layer<br><br>Metallic element coupled to second surface<br><br>Second surface of base layer |

5

QB\103081312.1

| US Patent No. 10,556,095 B2 | Infringing Product |
|---|---|
| | |

6

| US Patent No. 10,556,095 B2 | Infringing Product |
|---|---|
| |  |

| US Patent No. 10,556,095 B2 | Infringing Product |
|---|---|
| the magnetic interaction between the metallic element and the magnetic element imparting a dilating force on the nose of the wearer causing the nose of the wearer to dilate, the metallic element being sized to reside adjacent only one of the nostrils on the nose of the wearer when the disposable apparatus is attached to the nose of the wearer; | Magnetic interaction  Dilating force  *Compare to no dilating force:* |

QB\103081312.1

| US Patent No. 10,556,095 B2 | Infringing Product |
|---|---|
| the disposable apparatus being sized and shaped to be translatable relative to the magnetic element while the metallic element is magnetically coupled to the magnetic element; | Magnet coupled to metallic element in a first position<br><br>Magnet coupled to metallic element in a moved second<br><br>Magnet coupled to metallic element in a moved third position |
| the disposable apparatus being capable of residing on the nose of the wearer in an OFF state wherein no dilating force is imparted on the wearer by the disposable apparatus. | Disposable apparatus in OFF state with no dilating force<br><br>No dilating force |

9

| US Patent No. 10,556,095 B2 | Infringing Product |
|---|---|
| | *Compare to dilating force:*<br> |

QB\103081312.1